IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-37-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CALVIN BRUCE "RC" BRADY, JR. | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment Without Prejudice (Doc. 16), and for good cause shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that the trial presently set for Monday, October 26, 2020 at 9:00 a.m. is **VACATED**.

DATED this 14th day of September, 2020.

SUSAN P. WATTERS
United States District Judge

1